2010-02014
FILED
March 20, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002497929

**3 PAGES**

Gregory C. Nuti (CSBN151754)
E-Mail: gnuti@schnader.com
Kevin W. Coleman (CSBN 168538)
E-Mail: kcoleman@schnader.com
Michael M. Carlson (CSBN 088048)
E-Mail: mcarlson@schnader.com
Kathryn N. Richter (CSBN 100129)
E-Mail: krichter@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

John K. Gisleson (Pro Hac Vice)
E-Mail:jgisleson@schnader.com
Keith E. Whitson (Pro Hac Vice)
E-Mail: kwhitson@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
Fifth Avenue Place
120 Fifth Avenue, Suite 2700
Pittsburgh, Pennsylvania 15222-3001
Telephone: 412-577-5200
Facsimile: 412-765-3858

Attorneys for
Chapter 11 Trustee, Bradley D. Sharp

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>SK FOODS, L.P., A CALIFORNIA LIMITED PARTNERSHIP,<br><br>    DEBTOR.<br><br>CAPTION CONTINUED ON NEXT PAGE | Case No. 09-29162-D-11<br><br>Chapter 11<br><br>DC No. SH-1<br><br>PRELIMINARY INJUNCTION<br>[Revised Proposed Order]<br><br>Date: March 18, 2010<br>Time: 1:30 p.m.<br>Place: Dept. D, 6th Floor, Courtroom 34<br>       501 I Street, Sacramento, CA |

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

RECEIVED
March 19, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002497929

NARY INJUNCTION

PHDATA 3282129_1

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

| | | |
|---|---|---|
| BRADLEY D. SHARP, et al., | ) | AP NO. 09-02692 D |
| Plaintiff, | ) | |
| vs. | ) | |
| SSC Farms I, LLC, et al., | ) | |
| Defendants. | ) | |
| BRADLEY D. SHARP, et al. | ) | AP NO. 10-02014 D |
| Plaintiff, | ) | |
| vs. | ) | |
| SCOTT SALYER as trustee of the Scott Salyer Revocable Trust, et al., | ) | |
| Defendants. | ) | |
| BRADLEY D. SHARP, et al., | ) | AP NO. 10-02016 D |
| Plaintiff, | ) | |
| vs. | ) | |
| SKF AVIATION, LLC, et al., | ) | |
| Defendants. | ) | |

**TO: ALL DEFENDANTS IN THE ABOVE-CAPTIONED ADVERSARY PROCEEDINGS ("YOU") AND THEIR COUNSEL:**

YOU, YOUR officers, YOUR agents, servants, employees and attorneys (with respect to attorneys only, excluding monies received or to be received for fees and costs) and those in active concert or participation with YOU or them (the "Enjoined Entities") ARE HEREBY RESTRAINED AND ENJOINED from selling, transferring, encumbering or moving to any location outside of California, except upon application to this Court with good cause shown, any and all assets that had been transferred to YOU by or through SK Foods, including but not limited to real property purportedly titled in the name of SSC Farming, LLC, SSC Farms I, LLC

and SSC Farms II, LLC, and all funds transferred to YOU as described in the Complaints in the above-captioned adversary proceedings (collectively the "Assets"). The Enjoined Entities may make payments in the ordinary course of business for regular salaries, lease payments, mortgage payments or utilities that become due and payable. The request for a preliminary injunction was denied in the matter docketed at AP No. 10-02015.

This Order is granted on the 18th day of March 2010, upon consideration of the Motion of Bradley D. Sharp, Chapter 11 Trustee of SK Foods, LP for a preliminary injunction, the submissions and declarations in support of that Motion, and the Opposition and submissions of the Defendants in response to that Motion, and after affording the parties a hearing, and good cause having been shown.

The Court finds that the Trustee has demonstrated a likelihood of success on the merits of his claims in the above-captioned adversary proceedings. The Court further finds that the Trustee has demonstrated a likelihood of immediate, irreparable harm if the requested relief is not granted. The Court further finds that no other remedies would provide appropriate relief. The Court further finds that the balance of equities weighs in favor of granting an injunction and that an injunction is in the public interest.

This Injunction constitutes a continuation, without interruption, of the restraints and injunctions imposed upon the Enjoined Entities by this Court's March 11, 2010 Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction.

This Injunction shall continue in effect until modified or terminated by the Court.

Pursuant to Fed. R. Bankr. P. 7065, the Trustee is not required to file an undertaking, and this Injunction is immediately effective.

Dated: March 20, 2010

Robert S. Bardwil, Judge
United States Bankruptcy Court

3

PHDATA 3282129_1

PRELIMINARY INJUNCTION